UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) INFORMATION CR 14-27 JRT ) (18 U.S.C. § 1001) ) |
| HASSAN RASHID, | ) ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(False Statement)

1.  On or about July 9, 2010, in the State and District of Minnesota, in a matter within the jurisdiction of the Internal Revenue Service ("IRS") and the United States Secret Service ("USSS"), the defendant,

**HASSAN RASHID,**

knowingly and willfully made a materially false, fictitious and fraudulent statement and representation to the IRS and the USSS, namely defendant stated that information provided on a 2008 residential mortgage loan application about his employment was true and correct, when, in fact, defendant knew it was not. The residential mortgage loan application was in connection with the purchase of a home located at 4895 Broadmoor Drive in Independence, Minnesota.

SCANNED
JAN 31 2014
U.S. DISTRICT COURT MPLS

2. All in violation of Title 18, United States Code, Section 1001.

Dated: January 31, 2014

Respectfully Submitted,

JOHN R. MARTI
Acting United States Attorney

BY: LOLA VELAZQUEZ-AGUILU
Attorney ID No. 0389486
BY: DAVID M. GENRICH
Attorney ID No. 0281311
Assistant U.S. Attorneys