**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  14-27(JRT) |
| ) | |
| HASSAN RASHID ) | |
| _____ | |
| | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  13-184(DSD/JJK) |
| ) | |
| ALPHA RASHIDI MSHIHIRI ) | |
| _____ | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■ Cases involving the same act or transaction connected with or constituting a part of a     common conspiracy, scheme or plan.
■ Cases arising out of the same operative set of facts, behavioral episode or course of     conduct whether the prior cases are open or closed.
■ Cases that arise out of the same investigation and have temporal proximity.
■ The cases stem from an investigation of a common organization; e.g., a particular     gang, corporation, financial institution, etc., and the cases involve common personnel     and/or factual scenarios.

Dated: January 31, 2014          Respectfully submitted,

                                 JOHN R. MARTI
                                 Acting United States Attorney

                                 s/ Lola Velazquez-Aguilu

                                 BY:  LOLA VELAZQUEZ-AGUILU
                                 Assistant United States Attorney
                                 Attorney ID No. 389486